UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>MARTINEZ COUNTY JAIL,<br><br>    Defendant. | Case No. 23-cv-04446-JSC<br><br>**ORDER OF DISMISSAL** |

Plaintiff, while an inmate in the Martinez County Jail proceeding without an attorney, filed this civil rights action under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. (ECF No. 1.) He submitted a change of address due to his release from custody. (ECF No. 2.) On August 29, 2023, the case was transferred to this court, and on that day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). (ECF Nos. 5, 6.) The Clerk mailed Plaintiff the Court's IFP application for non-prisoners, as well as a stamped return envelope and instructions for completing the application. The notice informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not paid the filing fee, completed an IFP application, shown cause why not, or requested an extension of time, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 8, 2023

JACQUELINE SCOTT CORLEY
United States District Judge